UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:13-00213 |
| | ) | JUDGE CAMPBELL |
| KALEY GREGORY | ) | |

## ORDER

The trial in this case is set for January 7, 2014, at 9:00 a.m. A pretrial conference is scheduled for January 2, 2014, at 1:00 p.m. A status conference is scheduled for December 16, 2013, at 8:30 a.m. All lawyers who will try the case shall attend the status conference.

Any plea agreement shall be consummated by December 27, 2013, and the Courtroom Deputy so notified. Any proposed plea agreement shall be submitted to the Court by December 28, 2013. If a plea agreement is submitted, the hearing to take the plea will take place on January 2, 2014, at 1:00 p.m.

### Pretrial Filing Deadlines

The parties shall file the following with the Court, on or before December 27, 2013, if the case is to be tried: (1) case specific jury instructions, with citations to supporting authorities, and verdict forms; and (2) motions in limine. Counsel for the parties shall comply timely with the discovery and motion provisions of LCrR 12.01 and 16.01.

### Continuances

Any motion to continue the trial, pretrial conference or plea dates shall be filed no later than one week before the pretrial conference date. Any motion to continue the trial shall attach a Speedy Trial Waiver signed by the Defendant or an explanation of why the Waiver is not attached.

Attendance

All Defendants shall attend all Court proceedings in this case. If a Defendant is in custody, the Government shall take all necessary actions to secure the timely presence of the Defendant.

CJA Fund Requests

In any request for CJA funds pursuant to 18 U.S.C. § 3006A(e), counsel shall indicate whether prior requests have been made, and if so, provide identifying information for those requests.

It is so ORDERED.

TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE