UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | NO. 3:13-00213 |
| ) | JUDGE CAMPBELL |
| KALEY GREGORY ) | |

## ORDER

The change of plea hearing and/or pretrial conference scheduled for January 2, 2014, is RESCHEDULED for January 3, 2014, at 2:30 p.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE